1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    JOHN ROBERT DEMOS, JR.,

9                          Plaintiff,            Case No. C20-1086-RAJ-MLP

10          v.                                   REPORT AND RECOMMENDATION

11   CHIEF JUDGE, et al.,

12                          Defendants.

13

14          This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff is well-known locally and

15   nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts,

16   including this Court, the Eastern District of Washington, the Washington State courts, the Ninth

17   Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507

18   U.S. 290, 291 (1993). An Order of this Court provides for the return without filing of any

19   petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless

20   accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13,

21   1997). In addition, Plaintiff may submit **only three IFP applications and proposed actions**

22   each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re*

23   *Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).

REPORT AND RECOMMENDATION - 1

1   Furthermore, under 28 U.S.C. § 1915(g), Plaintiff must demonstrate "imminent danger of serious

2   physical injury" to proceed IFP because he has had more than three prior actions dismissed as

3   frivolous, malicious, or for failure to state claim. *See Demos v. Lehman*, MC99-113-JLW (W.D.

4   Wash. Aug. 23, 1999).

5          This year, Plaintiff has already filed more than three IFP applications and proposed civil-

6   rights actions in this District. *See, e.g.*, *Demos v. Kavanaugh*, No. C20-177-JLR (W.D. Wash.);

7   *Demos v. McDonald*, C20-610-JLR (W.D. Wash.); *Demos v. Chief Judges*, No. C20-826-RSM

8   (W.D. Wash.); *Demos v. Rice*, No. C20-824-RSM (W.D. Wash.). In addition, Plaintiff does not

9   demonstrate imminent danger. Accordingly, the Court recommends that this action be

10  DISMISSED without prejudice. A proposed Order accompanies this Report and

11  Recommendation.

12         Objections to this Report and Recommendation, if any, should be filed with the Clerk and

13  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

14  and Recommendation is signed. Failure to file objections within the specified time may affect

15  your right to appeal. Objections should be noted for consideration on the District Judge's

16  motions calendar for the third Friday after they are filed. Responses to objections may be filed

17  within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter

18  will be ready for consideration by the District Judge on August 14, 2020.

19         The Clerk is directed to send copies of this Report and Recommendation to the parties

20  and to the Honorable Richard A. Jones.

21         Dated this 21st day of July, 2020.

22

23                                          _____
                                            MICHELLE L. PETERSON
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2